NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ASHWIN JANAKIRAM (Cal. Bar No. 277513)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2875
     Facsimile: (213) 894-0141
     E-mail:    ashwin.janakiram@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-412-SJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING OF DEFENDANTS |
| v. | |
| DAVID MICHAEL JENSEN, JOHN PAL SINGH JANDA, MICHAEL STEVEN SINEL, MICHAEL DAVID ROUB, JAMEN OLIVER GRIFFITH DAMON GLOVER, and GARY DEAN SCHOONOVER, | Current sentencing dates:<br>12/9/19 (JANDA)<br>12/9/19 (JENSEN)<br>12/16/19 (SCHOONOVER)<br>12/16/19 (SINEL)<br>12/16/19 (ROUB)<br>2/10/20 (GRIFFITH)<br>2/10/20 (GLOVER) |
| Defendants. | Proposed new sentencing dates:<br>4/20/20 (JANDA)<br>4/27/20 (JENSEN)<br>5/18/20 (SINEL)<br>5/18/20 (ROUB)<br>5/11/20 (GRIFFITH)<br>5/11/20 (GLOVER)<br>5/18/20 (SCHOONOVER) |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Ashwin Janakiram, defendant David Michael Jensen, by and through his counsel of record, Nicole R. Van Dyk; defendant John Pal Singh Janda, by and through his

counsel of record, Oliver P. Cleary; defendant Michael Steven Sinel by and through his counsel of record, Ronald Richards; defendant Michael David Roub, by and through his counsel of record, Dana M. Cole; defendant Jamen Oliver Griffith, by and through his counsel of record, Anthony Eaglin; defendant Damon Glover, by and through his counsel of record, Richard Callahan; and defendant Gary Dean Schoonover, by and through his counsel of record, Deputy Federal Public Defender Craig A. Harbaugh (collectively, "defendants"), hereby stipulate that the sentencing hearings in this case should be continued as follows:

| Defendant | Current Sentencing Date | Proposed Sentencing Date |
|---|---|---|
| JOHN PAL SINGH JANDA | 12/9/19 | 4/20/20 |
| DAVID MICHAEL JENSEN | 12/9/19 | 4/27/20 |
| GARY DEAN SCHOONOVER | 12/16/19 | 5/18/20 |
| JAMEN OLIVER GRIFFITH | 2/10/20 | 5/11/20 |
| DAMON GLOVER | 2/10/20 | 5/11/20 |
| MICHAEL ROUB | 12/16/19 | 5/18/20 |
| MICHAEL SINEL | 12/16/19 | 5/18/20 |

These continuances are sought at the request of the parties so that the United States can complete its investigation of matters that the parties believe will be relevant to this Court at the sentencing hearing.

One or more of the defendants continue to proffer with law enforcement agencies and may be witnesses in at least one criminal case, yet to be charged. This includes at least one matter relating to the Valley View Pharmacy ("Valley View") investigation. For

2

example, as stated in the various plea agreements of the defendants, targets conspired with each other and other doctors and marketers for the payment of kickbacks in exchange for the referral of compounded drug prescriptions that were routed to Valley View.  Thus, defendants may testify against co-conspirators who paid, received, or facilitated kickbacks, who have yet to be indicted.

Such cooperation may affect whether and to what extent the government may make a motion pursuant to U.S.S.G. § 5K1.1 for a reduced sentence.  Thus, a continuation of the sentencing dates as requested above, will allow time for the government to utilize any cooperation by the defendants and assess it in connection with sentencing.

IT IS SO STIPULATED.

Dated: November 18, 2019         Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                    /s/ Ashwin Janakiram
                                 ASHWIN JANAKIRAM
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

///

///

///

```
Dated:  November 18, 2019         /s/ via email authorization
                                  NICOLE R. VAN DYK

                                  Attorney for Defendant
                                  DAVID MICHAEL JENSEN


Dated:  November 18, 2019         /s/ via email authorization
                                  OLIVER P. CLEARY

                                  Attorney for Defendant
                                  JOHN PAL SINGH JANDA


Dated:  November 18, 2019         /s/ via email authorization
                                  RONALD RICHARDS

                                  Attorney for Defendant
                                  MICHAEL STEVEN SINEL


Dated:  November 18, 2019         /s/ via email authorization
                                  DANA M. COLE

                                  Attorney for Defendant
                                  MICHAEL DAVID ROUB


Dated:  November 19, 2019         /s/ via email authorization
                                  ANTHONY EAGLIN

                                  Attorney for Defendant
                                  JAMEN OLIVER GRIFFITH


Dated:  November 18, 2019         /s/ via email authorization
                                  RICHARD CALLAHAN

                                  Attorney for Defendant
                                  DAMON GLOVER


Dated:  November 18, 2019         /s/ via email authorization
                                  CRAIG A. HARBAUGH
                                  Deputy Federal Public Defender

                                  Attorney for Defendant
                                  GARY DEAN SCHOONOVER
```